# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Gary Lamont Greene, Jr.　　　　　　　　　　Docket No. 4:07-CR-12-1BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gary Lamont Greene, Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 500 Grams of Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 8, 2007, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a term of 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Gary Lamont Greene, Jr. was released from custody on February 7, 2012, at which time the term of supervised release commenced. On February 11, 2012, the defendant was charged with misdemeanor Possession of Up to ½ Ounce of Marijuana. Greene immediately reported this matter to the undersigned probation officer. He further admitted to smoking marijuana just prior to his release from prison, and intermittently since that time. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Gary Lamont Greene
Docket No. 4:07-CR-12-1BO
Petition For Action
Page 2


Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the
                                                    foregoing is true and correct.

/s/ Michael C. Brittain                             /s/ Julie Wise Rosa
Michael C. Brittain                                 Julie Wise Rosa
Senior U.S. Probation Officer                       U.S. Probation Officer
                                                    310 New Bern Avenue, Room 610
                                                    Raleigh, NC 27601-1441
                                                    Phone: 919-861-8660
                                                    Executed On:  February 27, 2012

## ORDER OF COURT

Considered and ordered this __28__ day of __February__, 2012, and ordered filed and made a part of the records in the above case.

__Terrence Boyle__
Terrence W. Boyle
U.S. District Judge